**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

DEALER COMPUTER SERVICES,         *
INC. f/k/a FORD DEALER            *
COMPUTER SERVICES, INC.,          *
a Delaware corporation,           *
                                  *
            Plaintiff,            *          CV 111-176
                                  *
     v.                           *
                                  *
CAPSTONE  AUTO GROUP, INC.,       *
a Georgia corporation,            *
                                  *
            Defendant.            *

---

**O R D E R**

---

On October 24, 2011, Plaintiff filed suit against Defendant for violations of the Georgia Uniform Fraudulent Transfer Act. (Doc. no. 1.)   The parties have now submitted to the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a Stipulation of Dismissal.  (Doc. no. 36.)

Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own costs.   The Clerk is **DIRECTED** to **TERMINATE** all deadlines and motions (doc. nos. 31 & 35), and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of July, 2012.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA